STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ANDREA M. MARTIN**
Labor and Employment Law Division
phone: (212) 356-3549
email: andmarti@law.nyc.gov

August 27, 2026

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re: Selegean v. New York City Police Department, et al
No. 25-CV-6141 (JMF)

Dear Judge Furman:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced matter. I write to respectfully request an extension of time, from September 1, 2026 to October 31, 2026, to file Defendant's response to the complaint, and a corresponding an adjournment of the Initial Pretrial Conference scheduled for September 8, 2026 at 9:00a.m. See ECF Dkt No. 25, Order dated August 11, 2026. This is the first request for an extension and an adjournment in response to the Court's 8/11/2026 Order. Plaintiff consents to the request for an adjournment of the Initial Pretrial Conference.

An adjournment of the September 8, 2026 initial pretrial conference is respectfully requested because the schedule date conflicts with the undersigned's wedding and related time out of the office. The parties have conferred and jointly propose the following alternative dates for the Court's consideration:

- Tuesday, October 13, 2026
- Tuesday, October 20, 2026
- Tuesday, October 27, 2026

Additionally, Defendants respectfully request a sixty-day extension of time to answer the complaint from September 1, 2026 to October 31, 2026. The additional time is necessary as the complaint contains approximately 426 allegations, requiring the undersigned to conduct a substantial factual review before Defendants can appropriately respond. Plaintiff does not take a position on this request.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

**/s/ Andrea M. Martin**
Andrea M. Martin
Assistant Corporation Counsel

cc: Martinez and Loiacono, PLLC
*Attorneys for Plaintiff*

The initial pretrial conference previously scheduled for September 8, 2026 at 9:00 a.m. is hereby ADJOURNED to **October 27, 2026 at 9:00 a.m.** Defendants' deadline to answer the complaint is hereby EXTENDED to **October 19, 2026.** The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED

August 27, 2026